JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Wei Luo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wei Luo )
 ) Case No.:
 ) CV 07 - 6065
 )
           Plaintiff, ) **COMPLAINT FOR WRIT IN THE**
 ) **NATURE OF MANDAMUS**
vs. )
 )
*Michael Chertoff*, Secretary of the )
Department of Homeland Security; )
*Robert S. Mueller*, )
Director of Federal Bureau of Investigation )
 )
           Defendants. ) "Immigration Case"
 )

      Plaintiff, Wei Luo by and through his undersigned attorney, sues Defendants and states as follows:

1.    This action is brought against the Defendants to compel action on the Application to Adjust to Permanent Resident Status based on marriage to his U.S. Citizen Spouse, or Form I-485, properly filed by the Plaintiff. The application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriments.

**PARTIES**

2.    Plaintiff Wei Luo filed the Form I-485, Application to Register Permanent Resident or Adjust Status, on March 29, 2006 and is seeking to become lawful permanent resident of the

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT        F:\Joanna\Imm\Mandamus\LUO, Wei--Complaint.wpd

United States as beneficiary of the Form I-130 petition filed by Plaintiff Wei Luo's U.S. Citizen wife.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS 8 U.S.C. 1103(a); 8 C.F.R. 2.1.

4. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## JURISDICTION

5. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiffs reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7. Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

8. Plaintiff Wei Luo filed his application to Register Permanent Resident (Form I-485) on

March 29, 2006, and Plaintiff also had his interview on August 1, 2006 at the San Francisco District Office (**Exhibit 1: Copy of I-485 Biometrics Notice and Interview Notice**).

9.      According to the Service Center processing dates, the processing timeframe for I-485 adjustment application in the USCIS San Francisco Office is 6 months (**Exhibit 2: Copy of San Francisco CA Processing Dates Posted on November 14, 2007**). Plaintiff's I-485 application has now remained pending for more than one year and eight months from the date of the filing.

10.     Based on notice letter from the U.S.C.I.S. that Plaintiff Wei Luo received at his interview, Plaintiff Wei Luo's case is pending FBI name check (**Exhibit 3: Copy of Notice Letter**).

11.     Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's I-485 application for more than one year and eight months from the date of filing, thereby depriving his of the rights to the decisions on her application and the peace of mind to which Plaintiff is entitled.

12.     Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

   (a)    Plaintiff Wei Luo has been damaged by simply being deprived of the adjudication of his Application to Adjust to Permanent Resident Status for over one years and eight months. Plaintiff has also been unable to plan or pursue a future course of action in the United States due to the pendency of her I-485 application.

   (b)    Plaintiff Wei Luo has been damaged in that his employment authorization is tied to his status as applicant for permanent residency, and is limited to increments not

to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff will be forced to repeatedly apply and pay for extensions of employment authorization, to the continued inconvenience and harassment of Plaintiff to continually insure his work and travel eligibility.

    (c)    Plaintiff Wei Luo has ben further damaged in that his application for naturalization, which is three years after the approval of his I-485, has been delayed due to the pendency of his I-485.

13. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

14. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)    requiring Defendants to expeditiously complete Plaintiff's FBI Security Checks for his I-485 application, if security check is the reason for the delay;

    (b)    requiring Defendants to expeditiously process Plaintiff's I-485 Application to conclusion;

    (c)    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

    (d)    granting such other relief at law and in equity as justice may require.

Dated:    November 29, 2007                    Respectfully submitted,

_____
Justin X. WANG, Esq.
Attorney for Plaintiff

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:    November 29, 2007                    Respectfully submitted,

                                               Justin X. WANG, Esq.
                                               Attorney for Plaintiff

## LIST OF ATTACHMENTS

| Exhibit | Description |
|---|---|
| 1 | **Copy of I-485 Biometrics Notice and Interview Notice** |
| 2 | **Copy of San Francisco CA Processing Dates Posted on November 14, 2007** |
| 3 | **Copy of Notice Letter** |

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                     7                     F:\Joanna\Imm\Mandamus\LUO, Wei--Complaint.wpd

Ex. 1

## THE UNITED STATES OF AMERICA

**ASC Appointment Notice**

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| MSC0618117145 | MSC0618117148 | 4/4/2006 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I485 I765 | | A096793147 | 3 |
| | TCR | SERVICE CENTER | PAGE |
| | | MSC | 1 of 1 |

WEI LUO
26816 TYRRELL AVE
HAYWARD, CA 94544

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:          ON 4/18/06
TENPRINTS QA REVIEW BY:            ON 4-18-06

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND | 04/18/2006 |
| 2040 TELEGRAPH AVE. | 10:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612.

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| I485 - MSC0618117145 | I765 - MSC0618117148 |

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE<br>June 19, 2006 |
|---|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A 096 793 147 |
| APPLICATION NUMBER<br>MSC0618117145 | RECEIVED DATE<br>March 29, 2006 | PRIORITY DATE<br>March 29, 2006 | PAGE<br>1 of 1 |

WEI LUO
26816 TYRRELL AVE
HAYWARD CA 94544



You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))*

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
    - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
    - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW** - If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing Impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>630 SANSOME ST<br>2ND FLOOR - ADJUSTMENT OF STATUS<br>SAN FRANCISCO CA 94111 | ON: Tuesday, August 01, 2006<br>AT: 02:15 PM |
|---|---|

APPLICANT COPY

Form I-797 (Rev. 01/31/05) N

Ex. 2



Home  Contact Us  Site Map  FAQ

Search 

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

[ Print This Page ]  [ Back ]

# U.S. Citizenship and Immigration Services
# San Francisco CA Processing Dates
# Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide --

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | June 07, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | June 07, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | July 06, 2007 |

| Print This Page | Back |

11-29-2007 01:23 PM EST

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Ex. 3

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

WEI LUO  A96 793 147  E-11 (PENDING)
26816 TYRRELL AVE.
HAYWARD, CA. 94544  ☒ HAND-DELIVERED to applicant  DATE: AUG - 1 2006

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability  ☐ Fingerprints  ☒ Security Clearance(s)  ☐ A-file(s)  ☒ Further Review
☐ Documentation (listed below)  ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:




YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director
cc:

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA 94111
ATTN: E11 / PENDING / A96 793 147

www.dhs.gov