1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Wei Luo

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8
   Wei Luo                                    )
9                                             )   Case No.: **C07-6065 CW**
                                               )
10              Plaintiffs                    )   **NOTICE OF VOLUNTARY**
                                               )   **DISMISSAL**
11  vs.                                       )
                                               )
12  MICHAEL CHERTOFF, Secretary of the        )
    Department of Homeland Security;          )
13  ROBERT S. MUELLER, Director of Federal    )
    Bureau of Investigation                   )
14                                            )
                Defendants.                   )   "Immigration Case"
15                                            )

16

17        NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily

18  dismisses the above-captioned action without prejudice.

19

20  Dated:   January 2, 2008              Respectfully submitted,
21
22
23                                              _____/S/_____
                                                Justin X. WANG, Esq.
24                                              Attorney for Plaintiff
25
26
27
28

---
Case No.: C07-6065 CW
Notice of Voluntary Dismissal                               F:\Joanna\Imm\Mandamus\Luo, Wei\Voluntary Dismissal.wpd